IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILBUR WALKER                                                                                       PLAINTIFF

V.                                                                      CIVIL ACTION NO.1:13CV227-SA-DAS

SAFEWAY INSURANCE COMPANY                                                         DEFENDANT

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING ACTION WITHOUT PREJUDICE**

On consideration of the file and records in this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated May 28, 2014, was on that date duly served on counsel for defendant via ECF and on the plaintiff by United States Mail; that more than fourteen days have elapsed since service of these Report and Recommendation; and that no objection thereto has been filed by the parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 28, 2014, be, and it is hereby, approved and adopted as the findings of fact and conclusions of law of the Court.

2. That this action is dismissed, without prejudice, for failure to prosecute and for failure to comply with the order of the Court.

SO ORDERED AND ADJUDGED, this the 19th day of June, 2014.

                                            /s/ Sharion Aycock_____
                                          UNITED STATES DISTRICT JUDGE